Hon. Philip H. Brandt
Chapter 7
Location: Tacoma

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| In Re | Case No. 09-47063 |
|---|---|
| BRIAN and JEANINE CROWLEY, | Chapter 7 |
| Debtors. | |
| | Adv. Proc. No. 09-4235 |
| BOND ENTERPRISES, INC., d/b/a OLYMPIC PHARMACY AND HEALTHCARE SERVICES, a Washington Corporation, | **ADVERSARY PLAINTIFF'S STATEMENT RE LENGTH OF TRIAL, UNAVOIDABLE CONFLICTS** |
| Plaintiff, | |
| vs. | |
| BRIAN A. CROWLEY and JEANINE LYNN CROWLEY, and the martial community composed thereof, | |
| Defendants | |

Comes now Bond Enterprises, Inc., d/b/a Olympic Pharmacy and Healthcare Services ("Olympic Pharmacy"), creditor of the above referenced debtors Brian and Jeanine Crowley ("Crowleys"), and pursuant to the Court's January 25, 2010 Scheduling Order asserts the following:

OLYMPIC PHARMACY STATEMENT RE
LENGTH OF TRIAL, inter alia - 1
U.S.B.C. CASE NO. 09-47063

DAVIS GRIMM PAYNE & MARRA
701 Fifth Avenue, Suite 4040
Seattle, WA 98104
(206) 447-0182

**A. Anticipated Length of Trial**

Olympic Pharmacy anticipates trial will require five to seven days.

**B. Unavoidable Conflicts of Counsel**

Undersigned counsel for Olympic Pharmacy has the following unavoidable and pre-existing scheduling conflicts for the months of May, June, July, and August of 2010:

1. May 17 – May 28
2. July 19 – July 30
3. August 9 – August 20

DATED at Seattle, Washington, on this 2nd day of February, 2010.

DAVIS GRIMM PAYNE & MARRA

*[signature]*

Patrick S. Pearce, WSBA #20857
Email: ppearce@davisgrimmpayne.com
701 Fifth Avenue, Suite 4040
Seattle, WA 98104
Phone: (206) 447-0182
Fax: (206) 622-9927

OLYMPIC PHARMACY STATEMENT RE LENGTH OF TRIAL, inter alia - 2
U.S.B.C. CASE NO. 09-47063

DAVIS GRIMM PAYNE & MARRA
701 Fifth Avenue, Suite 4040
Seattle, WA 98104
(206) 447-0182

# CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of February, 2010, I electronically filed the foregoing *STATEMENT RE LENGTH OF TRIAL, CONFLICTS* with the Clerk of Court using the CM/ECF system that will send notification of such filing to the following individuals:

| **Counsel for Brian & Jeanine Crowley:** | **Co-Counsel for Brian & Jeanine Crowley** |
|---|---|
| Jonathan S. Smith | Eric T. Krening |
| Advantage Legal Group | Advantage Legal Group |
| 550 Kirkland Way, Suite 208 | 11109 Slater Avenue NE, Suite 101 |
| Kirkland, WA 98033-6240 | Kirkland, WA 98033 |
| Ph. (425) 452-9797 | Ph. (425) 452-9797 |
| Fax: (206) 888-2435 | Fax: (206) 888-2435 |
| E-mail: jonathan@advantagelegalgroup.com | E-mail: etkrening@yahoo.com |
| [X] Via U.S. Mail | [X] Via U.S. Mail |
| [ ] Via Facsimile | [ ] Via Facsimile |
| [ ] Via ABC Legal Messenger Delivery | [ ] Via ABC Legal Messenger Delivery |
| [X] Via Electronic Transmission | [X] Via Electronic Transmission |

I further certify that there are no non-CM/ECF parties who require service in this matter.

*/s/ Betsy E. Green*
Betsy E. Green, Legal Assistant
Davis Grimm Payne & Marra
701 Fifth Avenue, Suite 4040
Seattle, WA 98104
Phone: (206) 447-0182
Fax: (206) 622-9927
E-mail: bgreen@davisgrimmpayne.com

OLYMPIC PHARMACY STATEMENT RE
LENGTH OF TRIAL, inter alia - 3
U.S.B.C. CASE NO. 09-47063

DAVIS GRIMM PAYNE & MARRA
701 Fifth Avenue, Suite 4040
Seattle, WA 98104
(206) 447-0182