Advantage Legal Group
Eric T. Krening, WSBA No. 27533
11109 Slater Ave NE, Suite 101
Kirkland, Washington 98033
T: (425) 452-9797; F: (206) 888-2435

The Honorable Philip H. Brandt

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>Crowley, Brian A. and Jeanine L.,<br><br>    Debtors.<br>_____<br><br>Bond Enterprises, Inc., d/b/a Olympic Pharmacy and Healthcare Services, a Washington corporation,<br><br>    Plaintiff,<br><br>v.<br><br>Crowley, Brian A. and Jeanine Lynne, and the marital community composed thereof,<br><br>    Defendants.<br>_____ | Case No. 09-47063<br><br><br><br><br><br><br>Adv. Case No. 09-04235<br><br>DEBTOR/DEFENDANTS' STATEMENT RE: LENGTH OF TRIAL AND UNAVOIDABLE CONFLICTS |

   COME NOW Debtors/Defendants Brian A. and Jeanine Lynn Crowley, by and through their counsel of record, Eric T. Krening and Advantage Legal Group, who, pursuant to this Court's January 25, 2010 Case Scheduling Order, provide the following information:

**DEBTOR/DEFENDANTS' STATEMENT RE: LENGTH OF TRIAL AND UNAVOIDABLE CONFLICTS - 1 of 2**

1. Anticipated Length of Trial: one day.

2. Counsel's Unavoidable Conflicts: May 19 – June 10; July 1 – 5; and July 24 – August 12.

Dated this 3rd day of February, 2010.

/s/ Eric T. Krening
Eric T. Krening, WSBA No. 27533
Counsel for Brian A. and Jeanine L. Crowley

**DEBTOR/DEFENDANTS' STATEMENT RE: LENGTH OF TRIAL AND UNAVOIDABLE CONFLICTS - 2 of 2**

ADVANTAGE LEGAL GROUP
11109 Slater Ave NE, Suite 101
Kirkland, Washington 98033
T: (425) 452-9797; F (206) 888-2435